MARK D. LONERGAN (State Bar No. 143622)
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
TARA MOHSENI (State Bar No. 313080)
tm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| DELORES ARZAMENDI,<br><br>   Plaintiff,<br><br> vs.<br><br>WELLS FARGO BANK, N.A.<br><br>   Defendant. | Case No. 1:17-CV-01485-LJO-SKO<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>**(Doc. 23)**<br><br>First Amended Complaint Served:<br>April 4, 2018<br>Response Deadline: April 18, 2018<br>New Response Deadline: April 25, 2018 |

  Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to pleadings other than the initial complaint, plaintiff Delores Arzamendi ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively "the Parties") hereby stipulate as follows:

**<u>RECITALS</u>**

  1.  Plaintiff filed a First Amended Complaint ("FAC") against Wells Fargo on April 4, 2018.

2. Wells Fargo's deadline to respond to the FAC is April 18, 2018.

3. Plaintiff has agreed to extend the time for Wells Fargo to respond to the FAC up to and including April 25, 2018.

4. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

## **STIPULATION**

1. The deadline for Wells Fargo to respond to the FAC shall be continued to April 25, 2018.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

DATED: April 17, 2018  SEVERSON & WERSON
A Professional Corporation

By: */s/ Tara Mohseni*
Tara Mohseni

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: April 17, 2018

By: */s/ Delores Arzamendi*
Delores Arzamendi

IN PRO PER

I, Tara Mohseni, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Delores Arzamendi has concurred in this filing.

By: */s/ Tara Mohseni*

# **ORDER**

Pursuant to the joint motion of Plaintiff Delores Arzamendi and Defendant Wells Fargo Bank, N.A. (Doc. 23), and good cause appearing, the deadline for Defendant to respond to Plaintiff's First Amended complaint is hereby extended to April 25, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: **April 18, 2018**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE