# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELORES ARZAMENDI,** | **1:17-cv-01485-LJO-SKO** |
| Plaintiff, | **DECISION AND ORDER DISMISSING AND CLOSING CASE** |
| v. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

This case concerns *pro se* Plaintiff Delores Arzamendi's case against Defendant Wells Fargo Bank, N.A., for damages and equitable relief. Plaintiff filed her complaint in the Superior Court of California in the County of Merced on October 3, 2017. ECF No. 1 at 9. On November 2, 2017, Defendant removed the case to this Court. *Id.* at 1-2. On March 8, 2018, the Court dismissed Plaintiff's complaint with leave to amend. ECF No. 21. Plaintiff filed a first amended complaint ("FAC") on April 4, 2018. ECF No. 22. The Court dismissed the FAC on June 29, 2018, granting Plaintiff a final opportunity to amend her complaint within 30 days. Plaintiff's deadline came and went on July 30, 2018, and Plaintiff did not file an amendment complaint or request for extension. This case is therefore DISMISSED for failure to prosecute and failure to obey the Court's order. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **August 3, 2018**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE